UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| MANUEL MINJARES #43109-380, Plaintiff | CIVIL DOCKET NO. 1:21-CV-01037-P |
|---|---|
| VERSUS | JUDGE DAVID C. JOSEPH |
| USA, ET AL, Defendants | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 7], after a *de novo* review of the record, noting the absence of objection thereto, noting the Affidavit of Truth [ECF No. 8], and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 6] is DENIED and DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Minjares' claim.

THUS, DONE AND SIGNED in Chambers on this 6th day of July 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE